Anthony P. Capozzi, #068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
email: capozzilaw@aol.com

Attorneys for Defendant,
ORE-CAL LIVESTOCK, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-04-5343 AWI |
| ) | |
| *Plaintiff,* ) | STIPULATION AND PROPOSED |
| ) | ORDER CORRECTING CLERICAL |
| v. ) | ERROR IN JUDGMENT IN A |
| ) | CRIMINAL CASE PURSUANT TO |
| ORE-CAL LIVESTOCK, INC., ) | FEDERAL RULES OF CRIMINAL |
| ) | PROCEDURE, RULE 36 |
| *Defendant.* ) | |
| ) | |
| _____ ) | |

    WHEREAS, judgment in the above-referenced matter was imposed on November 29, 2004, and the Judgment in a Criminal Case was filed on December 21, 2004;

    WHEREAS, the Defendant in this matter, Ore-Cal Livestock, Inc., is a duly formed and organized Oregon corporation, and was so at the time of the imposition of sentence, and is an "organization" as defined under Title 18, United States Code Section 18 and United States Sentencing Guidelines Section 8A1.1, Application Note 1;

    WHEREAS, the Defendant, Ore-Cal Livestock, Inc., is subject to Special Conditions of Supervision and terms of Probation set forth in the Judgment in a Criminal Case in an Attachment, on pages 1

1  through 8, which by their terms are suitable for an organization;
2  and,

3      WHEREAS, the Judgment in a Criminal Case, at Page 2 of 4,
4  imposes terms of Probation and Standard Terms of Supervision Release
5  which by their terms are redundant to the terms of probation set
6  forth in the Attachment to the Judgment, referenced above, or only
7  apply to a natural person defendant, and not to an organization
8  defendant such as the Defendant, Ore-Cal Livestock, Inc. (*see* U.S.
9  Sentencing Guidelines, section 8D1.3 and 8D1.4);

10      IT IS HEREBY STIPULATED by the parties herein, by and through
11  authorized counsel, that the following paragraphs at Page 2 of 4 of
12  the Judgment in a Criminal Case, imposed on November 29, 2004 and
13  filed on December 21, 2004, should be deleted from the judgment
14  because they only apply to a natural person defendant and not an
15  organization defendant:

> The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
>
> . . .
>
> [✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
>
> . . .
>
> The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

/ / /

/ / /

/ / /

STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;

4) the defendant shall support his or her dependants and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall

permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Respectfully submitted,

DATED: March 29, 2006

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant
ORE-CAL LIVESTOCK, INC.

DATED: March 29, 2006

    /s/ Marlon Cobar
Marlon Cobar
Assistant U.S. Attorney

**ORDER**

Having considered the parties' stipulation set forth above and good cause appearing therefor, pursuant to Federal Rules of Criminal Procedure, Rule 36, IT IS HEREBY ORDERED THAT the Judgment in a Criminal Case in this matter imposed on November 29, 2004, and filed on December 21, 2004, is hereby corrected by deleting the following language set forth on Page 2 of 4:

> The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
> . . .
>
> [✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
> . . .
>
> The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.
>
> STANDARD CONDITIONS OF SUPERVISION
>
> 1) the defendant shall not leave the judicial district without permission of the court or probation officer;
>
> 2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
>
> 3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
>
> 4) the defendant shall support his or her dependants and meet other family responsibilities;
>
> 5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
>
> 6) the defendant shall notify the probation officer ten

        days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

IT IS SO ORDERED.

**Dated:   March 29, 2006**           /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE